UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

REINALDO GONZALEZ-HERMES,

              Petitioner,

   v.

IMMIGRATION AND CUSTOM'S ENFORCEMENT FIELD OFFICER,

CASE NO. 2:25-cv-00594-TMC

**ORDER OF DISMISSAL**

The Court has reviewed, *de novo,* the report and recommendations, all responses and objections and the record and ORDERS:

    1.    The matter is dismissed with prejudice.

    2.    The clerk shall send a copy of this order to Petitioner's last known address.

DATED this 2nd day of May, 2025.

Tiffany M. Cartwright
United States District Judge

ORDER OF DISMISSAL - 1